UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA and
HERMAN WILLIAMS, REVENUE OFFICER
OF THE INTERNAL REVENUE SERVICE
    Petitioners,
vs.
ROBERT BARNETT,
    Respondent.
_____/

No. 13-2329-STA-dkv

## MOTION TO DISMISS FOR LACK OF JURISDICTION

Respondent Robert Barnett moves this Honorable Court to enter an Order dismissing petitioners' Show Cause hearing for Lack of Jurisdiction for failure to release factual evidence relevant to this case.

1. On June 19, 2013 the respondent called David Brackstone, counsel for the petitioners.

2. The respondent then asked the question, is there any factual evidence to support a finding or opinion that the Constitution and Code actually applied to the respondent.

3. The petitioners' counsel answered in the affirmative.

4. The respondent then requested that a copy of this information be sent to the respondent.

5. The petitioners' counsel refused. The counsel's refusal violates due process. The petitioners' counsel has performed misconduct and obstruction of justice with the refusal for requests of discovery.

6. Since the petitioner's counsel has failed to release to the respondent any factual evidence to prove jurisdiction of the United States District Court with respect to the respondent, there is no valid Cause of Action.

7. And since this is an invalid Cause of Action, the Show Cause hearing cannot proceed.

WHEREFORE Robert Barnett Moves this Court to enter an Order dismissing the Show Cause hearing and granting such other further relief as the Court may deem reasonable and just under the circumstances.

                                                                                    Robert Barnett, *pro se*
                                                                                        Respondent

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was provided by registered U.S. mail to David Brackstone, Assistant United States Attorney; 167 North Main Street, Suite 800; Memphis, Tennessee 38103 who is councel for the petitioners, this 24 day of June 2013.

Robert Barnett, *pro se*
1011 Pheasant Hollow Drive
Cordova, Tennessee 38018
Telephone: (901) 217-2033
rjb@usbta.org